UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BCFG Investors Group, LLC,

    Debtor.
_____/

Case No. 17-20562-BKC-LMI
Chapter 7

Soneet Kapila, Chapter 7 trustee,

    Plaintiff,

v.

Alejandro Chaberman and Elias Benaim,

    Defendants.
_____/

## COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS

Soneet Kapila, Chapter 7 trustee of the bankruptcy estate of BCFG Investors Group, LLC, sues Alejandro Chaberman and Elias Benaim and alleges as follows:

## JURISDICTION AND VENUE

1. This is an adversary proceeding brought pursuant to *Fed. R. Bank. P.* 7001, 11 U.S.C. § 544, Chapter 726, Fla. Stat., and other applicable law.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

3. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H) and (O), and the Trustee consents to the entry of final orders and judgment by the Bankruptcy Court.

4. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## PARTIES

5. Plaintiff is the duly appointed Chapter 7 trustee of the bankruptcy estate of BCFG.

6. Chaberman is a Florida resident. Chaberman is the former manager and 50% equity member of BCFG.

7. Benaim is a Florida resident. Benaim is the former manager and 25% equity member of BCFG.

## GENERAL ALLEGATIONS

8. On August 21, 2017 (the "*Petition Date*"), BCFG filed a voluntary petition under Chapter 11 of the United States Code

9. The filing of the petition was in response to a proceedings supplementary action pursued in state court by one of BCFG's creditors against Benaim and Chaberman.

10. Prior to the Petition Date, BCFG was primarily in the business of carpentry and custom millwork.

11. The internal controls of BCFG were substantially non-existent and management of the company – through its managers Benaim and Chaberman – was done in a haphazard and disorganized manner.

12. In addition, while it was operating, BCFG experienced significant cash flow difficulties. From at least January 1, 2013 up until the Fall of 2015, BCFG routinely overdrew its operating bank accounts, bounced checks and had insufficient assets to meet its day-to-day obligations.

13. In an attempt to alleviate this financial crunch, BCFG also relied upon high interest rate loans. These loans, however, just further exacerbated the company's financial problems.

14. Chaberman and Benaim effectuated transfers by BCFG to third-parties to repay personal obligations incurred by them ("Personal Expense Transfers").

15. The Personal Expense Transfers are set forth on **Schedule 1**. Benaim and Chaberman would utilize BCFG assets to repay their personal car debt, synagogue fees, personal medical debt and other personal debt.

16. Based on the testimony of Chaberman, the Personal Expense Transfers to Mercedes Benz and its finance arm, Mercedes Benz Financial Services, were for his benefit. As for the remaining Personal Expense Transfers on **Schedule 1**, it is unknown as to whether the particular beneficiary was Chaberman or Benaim; it is known though that only one of them was the intended beneficiary.

17. Chaberman and Benaim had access to BCFG's bank accounts, including debit cards. Notwithstanding the precarious financial state of the company, Chaberman or Benaim also routinely withdrew cash assets of the company for themselves that have no documented business explanation or do not comport with the record business activity of the company based on its tax filings.

18. These withdrawals are set forth on **Schedule 2** ("Cash Transfers") and the total amount of the Cash Transfers during the period of January, 2013 through November, 2015 is $715,313.99.

19. BCFG effectively ceased operations in the Fall of 2015.

20. Although BCFG ceased operating, it still had outstanding obligations that remained unpaid. One obligation related to a lawsuit filed in 2015 for significant unlicensed and defective construction work provided by BCFG in or about 2012 to Joseph and Francoise DiBella. Another obligation was a money judgment owed to Steve Balaam in the amount of $159,188.37. Balaam's

judgment arose from litigation filed against BCFG for defective construction work in March 2015 based on BCFG breaching a contractual agreement entered into September of 2014.

21. The books and records of BCFG are incomplete and in disarray. Upon information and belief, Benaim and Chaberman effectuated additional transfers during the time period of January 1, 2013 to the Fall of 2015 from BCFG's accounts that were improper and the Trustee reserves the right to amend this complaint to add such additional transfers upon discovery.

### COUNT 1
### Avoidance and Recovery of the Personal Expense Transfers – 11 U.S.C. § 544 and Fla. Stat. § 726.105(1)(a)
### (Chaberman and Benaim)

22. The Trustee incorporates by references and realleges paragraphs 1 through 21 as if fully set forth herein.

23. BCFG made the Personal Expense Transfers with the intent to delay, hinder or defraud its creditors.

24. As to transfers to Mercedes Benz and Mercedes Benz Financial Services, it is known that such transfers were made for the benefit of Chaberman. As for the remaining Personal Expense Transfers, it is unknown as to whether the particular beneficiary was Chaberman or Benaim; it is known though that one of them was the intended beneficiary. The Trustee reserves the right to amend this claim upon further discovery revealing the intended beneficiary.

## COUNT 2
### Avoidance and Recovery of the Personal Expense Transfers during the Four Year Period – 11 U.S.C. § 544 and Fla. Stat. § 726.105(1)(b)
### (Chaberman and Benaim)

25. The Trustee incorporates by references and realleges paragraphs 1 through 21 as if fully set forth herein.

26. As set forth on **Schedule 1**, BCFG made some of the Personal Expense Transfers within four years of the Petition Date ("Four Year Personal Expense Transfers").

27. As to transfers to Mercedes Benz and Mercedes Benz Financial Services, it is known that such transfers were made for the benefit of Chaberman. As for the remaining Four Year Personal Expense Transfers, it is unknown as to whether the particular beneficiary was Chaberman or Benaim; it is known though that one of them was the intended beneficiary. The Trustee reserves the right to amend this claim upon further discovery revealing the intended beneficiary.

28. At the time of the Four Year Personal Expense Transfers, BCFG (i) was engaged in, or was about to engage in, a business or a transaction for which the remaining assets were unreasonably small in relation to the business or transaction or (ii) intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to repay. In particular, BCFG's business operations required cash assets to pay employees, high interest rate lenders, trade creditors and vendors along with maintaining a sufficient cash reserves in the event of client disputes or non-payment or other obligations. By removing cash assets to pay the Four Year Personal Expense Transfers, BCFG had insufficient assets to account for such obligations.

## COUNT 3
### Avoidance and Recovery of the Cash Transfers – 11 U.S.C. § 544 and Fla. Stat. § 726.105(1)(a)
### (Chaberman and Benaim)

29. The Trustee incorporates by references and realleges paragraphs 1 through 21 as if fully set forth herein.

30. The Cash Transfers constitute a technical transfer of BCFG's assets under *Fla. Stat.* § 726.102.

31. BCFG made the Cash Transfers the intent to delay, hinder or defraud its creditors.

32. It is unknown at this time as to whether the particular beneficiary of any Cash Transfer was Chaberman or Benaim; it is known though that Benaim and Chaberman were the only persons with the ability to withdraw cash from BCFG's bank accounts, and thus, the only possible beneficiaries. The Trustee reserves the right to amend this claim upon further discovery revealing the identity of the individual (Chaberman or Benaim) that made such Cash Transfer.

## COUNT 4
### Avoidance and Recovery of the Cash Transfers during the Four Year Period – 11 U.S.C. § 544 and Fla. Stat. § 726.105(1)(b)
### (Chaberman and Benaim)

33. The Trustee incorporates by references and realleges paragraphs 1 through 21 as if fully set forth herein.

34. As set forth on **Schedule 2**, BCFG made some of the Cash Transfers within four years of the Petition Date ("Four Year Cash Transfers").

35. The Four Year Cash Transfers constitute a technical transfer of BCFG's assets under *Fla. Stat.* § 726.102.

36. It is unknown as to whether the particular beneficiary of any Four Year Cash Transfer was Chaberman or Benaim; it is known though that Benaim and Chaberman were the

6

only persons with the ability to withdraw cash from BCFG's bank accounts, and thus, the only possible beneficiaries. The Trustee reserves the right to amend this claim upon further discovery revealing the identity of the individual (Chaberman or Benaim) that made such Four Year Cash Transfer.

37. At the time of the Four Year Cash Transfers, BCFG (i) was engaged in, or was about to engage in, a business or a transaction for which the remaining assets were unreasonably small in relation to the business or transaction or (ii) intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to repay. In particular, BCFG's business operations required cash assets to pay employees, high interest rate lenders, trade creditors and vendors along with maintaining a sufficient cash reserves in the event of client disputes or non-payment or other obligations. By removing cash assets to pay the Four Year Cash Transfers, BCFG had insufficient assets to account for such obligations.

## COUNT 5
### Avoidance and Recovery of the Four Year Personal Expense Transfers and Four Year Cash Transfers - 11 U.S.C. § 544 and Fla. Stat. § 726.106(1)
### (Chaberman and Benaim)

38. The Trustee realleges the allegations set forth in paragraphs 1 through 21, and incorporates those allegations by reference.

39. BCFG made the Four Year Personal Expense Transfers and Four Year Cash Transfers (collectively, the "Fraudulent Transfers") to or for the benefit of American Express or Firstsource within four years of the Petition Date.

40. BCFG made the Fraudulent Transfers to or for the benefit of Chaberman or Benaim without receiving reasonably equivalent value in exchange for such transfers.

41. Upon information and belief, BCFG was insolvent at the time of the Fraudulent Transfers, or became insolvent as a result of such transfers. Based on BCFG's books and records,

7

the company was routinely under-financed as a result of minimal cash resources to meet its liabilities, including those associated with litigation claims brought against it due to shoddy or unlicensed work.

42. At the time of each of the Fraudulent Transfers, BCFG had at least one unsecured creditor that could have avoided such transfer(s).

## PRAYER FOR RELIEF

With respect to the claims set forth in this complaint, the Trustee requests the Court:

(A) As to Count 1, enter judgment against Benaim and Chaberman and avoiding the Personal Expense Transfers made for either Benaim or Chaberman's benefit;

(B) As to Count 2, enter judgment against Benaim and Chaberman and avoiding the Four Year Personal Expense Transfers made for either Benaim or Chaberman's benefit;

(C) As to Count 3, enter judgment against Benaim and Chaberman and avoiding the Cash Transfers made to or for either Benaim or Chaberman's benefit;

(D) As to Count 4, enter judgment against Benaim and Chaberman and avoiding the Four Year Cash Transfers made to or for either Benaim or Chaberman's benefit;

(E) As to Count 5, enter judgment against Benaim and Chaberman and avoiding the Fraudulent Transfers made to or for either Benaim or Chaberman's benefit;

(F) As to all Counts, award pre and post judgment interest, costs, and reasonable attorneys' fees, if applicable; and

(G) Award such other and further relief the Court deems just and proper.

Dated: August 20, 2019
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
283 Catalonia Avenue, Suite 200
Miami, Florida 33134
Telephone: 305.377.0086
Facsimile: 305.377.0781

By: /s/ Jonathan S. Feldman
Jonathan S. Feldman
Florida Bar No. 12682
jfeldman@pbyalaw.com
*Attorneys for Plaintiff*

**SCHEDULE 1 - PERSONAL EXPENSE TRANSFERS**

| Date | Amount | Account | Recipient |
|---|---|---|---|
| 1/22/2013 | 459.04 | Citi | MBFS |
| 1/22/2013 | 460.09 | Citi | Ally |
| 1/24/2013 | 1,608.98 | Citi | GM Financial |
| 2/20/2013 | 459.04 | Citi | MBFS |
| 2/21/2013 | 460.09 | Citi | Ally |
| 3/20/2013 | 459.04 | Citi | MBFS |
| 3/21/2013 | 460.09 | Citi | Ally |
| 4/5/2013 | 265.00 | Citi | Gulfstream Anesthesia |
| 4/5/2013 | 612.00 | Citi | Digestive Medicine Association Hialeah |
| 4/5/2013 | 1,608.98 | Citi | GM Financial |
| 5/20/2013 | 459.04 | Citi | MBFS |
| 5/21/2013 | 460.09 | Citi | Ally |
| 6/10/2013 | 1,199.79 | Citi | AvMed |
| 6/20/2013 | 459.04 | Citi | MBFS |
| 6/21/2013 | 460.09 | Citi | Ally |
| 7/9/2013 | 1,608.98 | Citi | GM Financial |
| 7/10/2013 | 600.50 | Citi | Pediatric Associates |
| 7/10/2013 | 2,839.93 | Citi | AvMed |
| 7/12/2013 | 460.09 | Citi | Ally |
| 7/22/2013 | 459.04 | Citi | MBFS |
| 7/23/2013 | 460.09 | Citi | Ally |
| 8/12/2013 | 2,039.93 | Citi | AvMed |
| 8/20/2013 | 459.04 | Citi | MBFS |
| 9/10/2013 | 2,039.93 | Citi | AvMed |
| 9/13/2013 | 200.00 | Citi | Skylake Synagogue |
| 9/13/2013 | 450.00 | Citi | Skylake Synagogue |
| 9/20/2013 | 1,067.39 | Citi | GM Financial |
| 9/20/2013 | 459.04 | Citi | MBFS |
| 9/23/2013 | 460.09 | Citi | Ally |
| 10/18/2013 | 400.00 | Citi | Bernard Vainrub, MD |
| 10/21/2013 | 1,000.00 | Citi | Lexus of North Miami |
| 10/22/2013 | 500.00 | Citi | Lexus of North Miami |
| 12/20/2013 | 459.04 | Citi | MBFS |
| 12/26/2013 | 460.09 | Citi | Ally |
| 1/21/2014 | 459.04 | Citi | MBFS |
| 1/23/2014 | 460.09 | Citi | Ally |
| 2/20/2014 | 459.04 | Citi | MBFS |
| 2/21/2014 | 483.09 | Citi | Ally |
| 3/20/2014 | 459.04 | Citi | MBFS |
| 3/24/2014 | 459.04 | Wells Fargo | MBFS |
| 4/4/2014 | 459.04 | BBT | MBFS |
| 5/5/2014 | 460.09 | Citi | Ally |
| 5/8/2014 | 935.25 | Citi | Stubhub |
| 5/20/2014 | 4,125.00 | Citi | Lexus of North Miami |
| 5/20/2014 | 459.04 | Citi | MBFS |
| 7/10/2014 | 483.09 | BBT | Ally |
| 8/5/2014 | 1,033.33 | BBT | Jewish Way Magazine |
| 9/4/2014 | 484.04 | BBT | MBFS |
| 9/9/2014 | 829.00 | Citi | Stubhub |

**SCHEDULE 1 - PERSONAL EXPENSE TRANSFERS**

| Date | Amount | Account | Recipient |
|---|---|---|---|
| 9/17/2014 | 506.09 | Citi | Ally |
| 9/22/2014 | 459.04 | Wells Fargo | MBFS |
| 10/17/2014 | 460.09 | Citi | Ally |
| 10/24/2014 | 459.04 | Wells Fargo | MBFS |
| 11/25/2014 | 459.04 | Wells Fargo | MBFS |
| 12/30/2014 | 459.04 | Wells Fargo | MBFS |
| 2/20/2015 | 500.00 | BoA | Klein Sun Gallery |
| 3/4/2015 | 459.04 | Wells Fargo | MBFS |
| 3/18/2015 | 227.26 | Citi | Mercedes Benz of Miami |
| 4/3/2015 | 1,161.85 | Citi | Sak's Fifth Avenue Bal Harbour |
| 4/3/2015 | 2,000.00 | Citi | Sak's Fifth Avenue Bal Harbour |
| 5/7/2015 | 481.99 | Citi | MBFS |
| 7/28/2015 | 938.79 | BoA | MBFS |
| | **46,932.07** | | |

## SCHEDULE 2 - CASH WITHDRAWALS

| Date | Amount | Account |
|---|---|---|
| 1/8/2013 | 1,550.00 | Citi |
| 1/31/2013 | 1,520.00 | Citi |
| 1/31/2013 | 3,807.54 | Citi |
| 2/12/2013 | 1,800.00 | Citi |
| 2/20/2013 | 2,000.00 | Citi |
| 2/20/2013 | 3,710.00 | Citi |
| 2/22/2013 | 1,300.00 | Citi |
| 3/6/2013 | 1,550.00 | Citi |
| 3/11/2013 | 1,800.00 | Citi |
| 5/6/2013 | 2,000.00 | Citi |
| 5/10/2013 | 10,080.00 | Citi |
| 5/22/2013 | 4,150.00 | Citi |
| 6/7/2013 | 1,600.00 | Citi |
| 6/11/2013 | 1,600.00 | Citi |
| 6/21/2013 | 6,500.00 | Citi |
| 7/3/2013 | 2,000.00 | Citi |
| 7/3/2013 | 20,000.00 | Citi |
| 7/5/2013 | 38,455.00 | Citi |
| 7/12/2013 | 1,500.00 | Citi |
| 7/25/2013 | 1,000.00 | Citi |
| 7/25/2013 | 2,869.93 | Citi |
| 7/26/2013 | 2,000.00 | Citi |
| 7/31/2013 | 900.00 | Citi |
| 8/21/2013 | 2,000.00 | Citi |
| 8/21/2013 | 5,008.35 | Citi |
| 9/5/2013 | 1,800.00 | Citi |
| 9/9/2013 | 1,000.00 | Citi |
| 9/9/2013 | 3,975.00 | Citi |
| 9/12/2013 | 15,000.00 | Citi |
| 9/13/2013 | 4,000.00 | Citi |
| 9/16/2013 | 2,200.00 | Citi |
| 9/17/2013 | 1,700.00 | Citi |
| 9/18/2013 | 15,000.00 | Citi |
| 9/19/2013 | 1,000.00 | Citi |
| 9/25/2013 | 2,000.00 | Citi |
| 9/26/2013 | 2,000.00 | Citi |
| 9/27/2013 | 1,000.00 | Citi |
| 10/2/2013 | 2,700.00 | Citi |
| 10/2/2013 | 15,000.00 | Citi |
| 10/2/2013 | 3,000.00 | Citi |
| 10/3/2013 | 2,800.00 | Citi |
| 10/7/2013 | 1,201.16 | Citi |
| 10/7/2013 | 2,000.00 | Citi |
| 10/7/2013 | 2,000.00 | Citi |
| 10/10/2013 | 860.00 | Citi |
| 10/10/2013 | 3,000.00 | Citi |
| 10/10/2013 | 3,975.00 | Citi |
| 10/10/2013 | 3,975.00 | Citi |
| 10/11/2013 | 2,000.00 | Citi |

## SCHEDULE 2 - CASH WITHDRAWALS

| Date | Amount | Account |
|---:|---:|:---:|
| 10/11/2013 | 4,000.00 | Citi |
| 10/11/2013 | 2,000.00 | Citi |
| 10/29/2013 | 2,000.00 | Citi |
| 11/1/2013 | 7,500.00 | Citi |
| 11/1/2013 | 14,165.00 | Citi |
| 11/4/2013 | 5,500.00 | Citi |
| 11/29/2013 | 1,990.00 | Citi |
| 12/2/2013 | 8,697.27 | Citi |
| 12/10/2013 | 10,377.52 | Citi |
| 12/11/2013 | 4,000.00 | Citi |
| 12/13/2013 | 2,000.00 | Citi |
| 12/13/2013 | 5,000.00 | Citi |
| 12/20/2013 | 2,000.00 | Citi |
| 12/20/2013 | 5,000.00 | Citi |
| 12/24/2013 | 900.00 | Citi |
| 1/8/2014 | 5,000.00 | Citi |
| 2/4/2014 | 1,500.00 | Citi |
| 2/6/2014 | 975.00 | Citi |
| 2/19/2014 | 2,937.99 | Citi |
| 2/20/2014 | 2,500.00 | Citi |
| 2/21/2014 | 1,800.00 | Citi |
| 2/24/2014 | 1,100.00 | Citi |
| 3/17/2014 | 2,500.00 | Citi |
| 3/27/2014 | 7,199.01 | BBT |
| 3/27/2014 | 700.00 | BBT |
| 4/2/2014 | 14,820.00 | BBT |
| 4/4/2014 | 5,060.00 | BBT |
| 4/7/2014 | 3,985.00 | BBT |
| 4/11/2014 | 7,310.54 | BBT |
| 4/11/2014 | 2,000.00 | BBT |
| 4/18/2014 | 1,000.00 | Citi |
| 4/24/2014 | 2,800.00 | Citi |
| 4/24/2014 | 3,750.00 | Citi |
| 4/25/2014 | 7,933.05 | BBT |
| 4/25/2014 | 1,000.00 | BBT |
| 5/1/2014 | 4,500.00 | Citi |
| 5/2/2014 | 2,000.00 | Citi |
| 5/2/2014 | 4,000.00 | Citi |
| 5/5/2014 | 1,365.44 | Citi |
| 5/8/2014 | 3,975.00 | Citi |
| 5/9/2014 | 1,600.00 | Citi |
| 5/14/2014 | 3,003.00 | Citi |
| 5/23/2014 | 2,000.00 | Citi |
| 5/30/2014 | 1,600.00 | Citi |
| 6/27/2014 | 2,100.00 | BBT |
| 6/27/2014 | 2,000.00 | BBT |
| 7/1/2014 | 6,500.00 | Wells Fargo |
| 7/3/2014 | 8,523.52 | BBT |
| 7/3/2014 | 2,500.00 | BBT |

## SCHEDULE 2 - CASH WITHDRAWALS

| Date | Amount | Account |
|---|---|---|
| 7/7/2014 | 3,985.00 | BBT |
| 7/7/2014 | 10,010.00 | BBT |
| 7/10/2014 | 7,930.00 | BBT |
| 7/10/2014 | 2,500.00 | BBT |
| 7/18/2014 | 2,000.00 | Wells Fargo |
| 7/22/2014 | 6,100.00 | Wells Fargo |
| 7/23/2014 | 3,500.00 | Wells Fargo |
| 8/5/2014 | 10,000.00 | Wells Fargo |
| 8/8/2014 | 7,000.00 | Wells Fargo |
| 8/13/2014 | 7,000.00 | Wells Fargo |
| 8/15/2014 | 7,000.00 | Wells Fargo |
| 8/19/2014 | 3,000.00 | Wells Fargo |
| 8/21/2014 | 4,000.00 | Wells Fargo |
| 8/21/2014 | 19,000.00 | Citi |
| 8/22/2014 | 2,500.00 | Citi |
| 9/2/2014 | 4,000.00 | Wells Fargo |
| 9/4/2014 | 3,000.00 | Wells Fargo |
| 9/17/2014 | 3,000.00 | Wells Fargo |
| 9/24/2014 | 1,500.00 | Citi |
| 10/10/2014 | 1,500.00 | Citi |
| 10/16/2014 | 2,500.00 | Citi |
| 10/17/2014 | 2,000.00 | Wells Fargo |
| 10/31/2014 | 2,000.00 | Wells Fargo |
| 11/7/2014 | 2,000.00 | Citi |
| 11/21/2014 | 4,000.00 | Citi |
| 11/24/2014 | 2,500.00 | Citi |
| 11/26/2014 | 5,000.00 | Wells Fargo |
| 12/5/2014 | 3,500.00 | Citi |
| 12/12/2014 | 2,000.00 | Citi |
| 12/22/2014 | 6,000.00 | Citi |
| 12/23/2014 | 2,000.00 | Citi |
| 12/24/2014 | 4,500.00 | Citi |
| 1/14/2015 | 2,500.00 | Citi |
| 1/16/2015 | 5,000.00 | Citi |
| 1/23/2015 | 2,000.00 | Citi |
| 1/30/2015 | 2,000.00 | Citi |
| 2/6/2015 | 2,500.00 | Citi |
| 2/11/2015 | 2,500.00 | Citi |
| 2/12/2015 | 3,500.00 | Citi |
| 2/23/2015 | 4,107.50 | Citi |
| 2/26/2015 | 2,000.00 | Citi |
| 3/6/2015 | 2,500.00 | Citi |
| 3/13/2015 | 3,000.00 | Citi |
| 3/20/2015 | 3,500.00 | Citi |
| 3/26/2015 | 2,500.00 | Citi |
| 3/26/2015 | 3,000.00 | Citi |
| 4/3/2015 | 2,500.00 | Citi |
| 4/7/2015 | 6,286.58 | Citi |
| 4/10/2015 | 3,000.00 | Citi |

## SCHEDULE 2 - CASH WITHDRAWALS

| Date | Amount | Account |
|---:|---:|:---|
| 4/24/2015 | 2,500.00 | Citi |
| 5/5/2015 | 2,500.00 | Citi |
| 5/11/2015 | 1,300.00 | Citi |
| 5/13/2015 | 2,000.00 | BoA |
| 5/15/2015 | 1,000.00 | Citi |
| 5/15/2015 | 4,000.00 | Citi |
| 5/20/2015 | 7,000.00 | Citi |
| 5/22/2015 | 1,000.00 | Citi |
| 5/22/2015 | 2,000.00 | Citi |
| 5/22/2015 | 3,000.00 | Citi |
| 5/28/2015 | 3,125.00 | Citi |
| 5/29/2015 | 5,500.00 | Citi |
| 5/29/2015 | 8,000.00 | Citi |
| 6/3/2015 | 3,500.00 | Citi |
| 6/5/2015 | 16,971.40 | Citi |
| 6/12/2015 | 2,500.00 | Citi |
| 7/1/2015 | 500.00 | BoA |
| 7/21/2015 | 4,490.00 | BoA |
| 7/22/2015 | 3,500.00 | BoA |
| 7/23/2015 | 4,000.00 | BoA |
| 7/27/2015 | 1,000.00 | BoA |
| 7/28/2015 | 4,500.00 | BoA |
| 7/28/2015 | 3,400.00 | BoA |
| 8/4/2015 | 5,000.00 | BoA |
| 8/7/2015 | 4,000.00 | BoA |
| 10/26/2015 | 5,564.19 | BoA |
| 10/27/2015 | 2,400.00 | BoA |
| 11/4/2015 | 1,590.00 | BoA |
|  | 715,313.99 |  |